**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 2:17CR7-PPS |
| v. | ) | and |
| | ) | NO. 2:19CR76-PPS |
| JUVAN J. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION AND ORDER

In a consolidated sentencing on November 15, 2019, Juvan Brown was sentenced to an aggregate prison term of 108 months on charges of heroin distribution and possession with intent to distribute both crack and heroin.  Brown has now submitted the same motion in both cases requesting the "destruction or expungement" of a particular juvenile conviction from his record.  Apparently this sex offense from 31 years ago is having an unwelcome impact on Brown's consideration for an earlier release date on his current sentences. Brown made a similar request in motions he filed a few months ago.  As I explained at that time, I have no authority to expunge or "destroy" this prior conviction.

ACCORDINGLY:

Defendant Juvan J. Brown's Motion for destruction or expungement of juvenile record [DE 66 in 2:17CR7 and DE in 2:19CR76] is DENIED.

SO ORDERED on  January 9, 2024.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE